**Order entered January 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01063-CR

**DOMINICK GARDNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-61255-K**

## ORDER

The reporter's record has been filed in this appeal, but the clerk's record is three months overdue. Accordingly, this Court **ORDERS** Felicia Pitre, Dallas County District Clerk, to file the clerk's record in this appeal within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/     LANA MYERS
JUSTICE